# IN THE SUPREME COURT OF IOWA

No. 19–1760

Polk County No. AGCR329495

ORDER

**STATE OF IOWA,**

   Appellee,

vs.

**PRINCE G. PAYE,**

   Appellant.

---

The court, May, J., taking no part, being evenly divided, declares this case affirmed by operation of law. *See* Iowa Code § 602.4107 (2022).

The district court's denial of Paye's motion to suppress stands. Waterman, Mansfield, and McDonald, JJ., would vacate the decision of the court of appeals and affirm the judgment of the district court on the suppression issue; Christensen, C.J., and Oxley and McDermott, JJ., would affirm the decision of the court of appeals and reverse the judgment of the district court on that issue. The decision of the court of appeals is vacated, and the judgment of the district court is affirmed. *See State v. Effler*, 769 N.W.2d 880, 884 (Iowa 2009) ("[W]hen the supreme court is equally divided . . . , the decision of the district court is affirmed by operation of law.").

ELECTRONICALLY FILED    NOV 10, 2022    CLERK OF SUPREME COURT

Copies to:

Appellate Defender
Lucas Building
321 E. 12th Street
Des Moines, IA 50319

Melinda J. Nye
State Appellate Defenders Office
Fourth Floor Lucas Building
Des Moines, IA 50319

Criminal Appeals Division Iowa Attorney General
Hoover Building
1305 E. Walnut
Des Moines, IA 50319

Aaron James Rogers
Assistant Attorney General
Hoover State Office Building 2nd Floor
Des Moines, IA 50319



State of Iowa Courts

| **Case Number** | **Case Title** |
|---|---|
| 19-1760 | State v. Paye |

So Ordered

Susan Larson Christensen, Chief Justice

Electronically signed on 2022-11-10 08:07:26